I H-11.Revised 8/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

    UNITED STATES OF AMERICA            ORDER APPOINTING COUNSEL
                                                 (Federal Defenders of New York, Inc.)

_Peter Bright_                         Docket # 19 MAG 4952

                                Defendant

------------------------------------------------- x

    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

    Check one)    ✓       all proceedings

                                     bail/presentiment only

                                     other (specify)    _Amy Gellicchio_

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date    _5/23/19_            s/ _Debra Freeman_
                                          Signature of U.S. Judge or Magistrate Judge
                                          or by order of the Court:

                                          Clerk or Deputy

TO:     **CLERK OF COURT**
        **United States District Court**
        **Southern District of New York**

        Federal Defenders of New York, Inc.
        52 Duane Street, 10th Floor
        New York, New York  10007

Copy 1 – Retain in Magistrate Judge File
Copy 2 – To Federal Defenders of New York, Inc.
Copy 3 – To U.S.D.C. Clerks Office (Attn: C.J.A. Clerk)