AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19 CR 521 |
| Peter Bright | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Bright

Date:  10/31/2019

*Attorney's signature*

Zawadi Baharanyi
*Printed name and bar number*

Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007
*Address*

zawadi_baharanyi@fd.org
*E-mail address*

(212) 417-8735
*Telephone number*

(212) 571-0392
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

ZAWADI S. BAHARANYI                        ORDER ADMITTING
                                           COUNSEL *PRO HAC VICE*


- - - - - - - - - - - - - - -X

McMahon, C.J.:

    The motion of ZAWADI S. BAHARANYI, Esq., recently hired by The Office of the Federal Defender, to appear as counsel and advocate *pro hac vice* on behalf of Federal Defender clients from July 15, 2019 until July 15, 2020, is GRANTED.

Dated: August 1, 2019

                                                   _____
                                                         Chief Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
                                 :
    ZAWADI S. BAHARANYI          :      NOTICE OF MOTION TO
                                 :      ADMIT COUNSEL
                                 :      PRO HAC VICE
                                 :
- - - - - - - - - - - - - - - - x

    Please take notice that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member in good standing of the Bar of the District of Columbia and, as of July 15, 2019, an employee of the Federal Defenders of New York, as attorney *pro hac vice* to argue or try cases in whole or in part of counsel for the Federal Defenders of New York clients. There are no pending disciplinary proceedings against me.

Respectfully submitted,

_____
Zawadi S. Baharanyi, ESQ.

52 Duane Street- 10th fl.

New York, NY 10007

Zawadi_baharanyi@fd.org

212-417-8735

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
                                  :
        ZAWADI S. BAHARANYI       :
                                  :   AFFIDAVIT OF
                                  :   ZAWADI BAHARANYI
                                  :   IN SUPPORT OF MOTION
                                  :   TO ADMIT COUNSEL
                                  :   PRO HAC VICE
                                  :
- - - - - - - - - - - - - - - - - x

    Zawadi S. Baharanyi, being duly sworn, hereby deposes and says as follows:

1. I have been hired as an Assistant Federal Defender with the Federal Defenders of New York for the Southern District of New York to start July 15, 2019.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. Wherefore your affiant respectfully requests that she be permitted to appear as counsel and advocate pro hac vice on

behalf of the Federal Defenders of New York clients from July 15, 2019 until July 15, 2020.

Respectfully submitted,

/s/

Zawadi S. Baharanyi, ESQ.
52 Duane Street- 10th fl.
New York, NY 10007
Zawadi_baharanyi@fd.org
212-417-8735

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Zawadi S Baharanyi*

was duly qualified and admitted on December 4, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 24, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org