**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2019

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

Hearing is adjourned from November 18, 2019 to December 5, 2019 at 10:30 a.m.
SO ORDERED.
Dated:  11/14/2019



P. Kevin Castel
United States District Judge

Re:   **United States** v. **Peter Bright**, 19 Cr. 521

Dear Judge Castel:

The Government writes on behalf of the parties to respectfully request that the suppression hearing scheduled for November 18, 2019 be adjourned to the first week of December or later.  Due to a personal emergency, defense counsel is currently away and may not be able to return next week.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: /s/ Alexander Li
    Alexander Li
    Assistant United States Attorney
    (212) 637-2265

Enclosure

cc:   Amy Gallicchio, Esq. (*by ECF*)