



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2019

**BY ECF AND HAND**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

>        Re:    **United States v. Peter Bright**, 19 Cr. 521

Dear Judge Castel:

The Government writes, with the consent of the defense, to respectfully request that the suppression hearing scheduled for December 5, 2019 be cancelled.  The parties have no dispute over the facts relevant to the defendant's motion (ECF Doc No. 13).  To the extent the Court has any factual questions, the parties believe those questions can be answered by the video of the defendant's post-arrest interview, which is submitted on a DVD herewith.  For the Court's convenience, the relevant statements can be found at time stamp 15:21:01-15:21:22 (as displayed on the bottom-left corner of the video) and 15:31:39-15:32:53.

>                        Respectfully submitted,
>
>                        GEOFFREY S. BERMAN
>                        United States Attorney for the
>                        Southern District of New York
>
>
>              by: /s/ Alexander Li
>                        Alexander Li
>                        Assistant United States Attorney
>                        (212) 637-2265

Enclosure (*by hand*)

cc:    Amy Gallicchio, Esq. (*by ECF*)
       Zawadi Baharanyi, Esq. (*by ECF*)