UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

19-cr-521 (PKC)

-against-                    ORDER

PETER BRIGHT,

                         Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The hearing scheduled for December 5, 2019 is vacated. The Court will hear argument on defendant's suppression motion on December 18, 2019 at 12 p.m.

        SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       December 3, 2019