**Subject:** Chat with bruckerd@gmail.com
**From:**    9/27/2010 10:58 AM
**To:**      drpizza@gmail.com

**bruckerd**: man, i was reminded yesterday that i always get a lot of unwanted attention when i wear this shirt: http://www.thinkgeek.com/tshirts-apparel/womens/5b3a/
**me**: heh
**me**: that always annoys me
**me**: because 10 means ten
**me**: since we write in denary by default
**me**: it should be 10$_2$
**bruckerd**: that's true
**bruckerd**: what kind of gets me is even more than that, it should probably be 00000010 to fill out all 8 bits
**bruckerd**: but it's in my sunday tshirt pile, since i usually don't care what i'm wearing in sundays, and i needed to run extra errands yesterday, so more people saw it than they usually would
**me**: heh
**bruckerd**: sadly, all the attention was either waaaay too old, or a tad too young :(
**me**: haha
**me**: there's no such thing as too young
**bruckerd**: uhh, there is when the deli checkout guy looks like he's maybe 15 :P
**me**: I would bone a 15 year old girl in an instant
**me**: :p
**bruckerd**: hahaha! i know you would ;)
**bruckerd**: i'm not like that, sadly :(
**me**: your loss!
**bruckerd**: hahaha! yep, my loss :P
**bruckerd**: i'm just not cougar material :(
**me**: you're too young for a cougar
**me**: anyway, the entire cougar concept is bullshit
**me**: there's no such phenomenon
**bruckerd**: well, there have always been women in their late 30s-40s who pick up men in their 20s, but i haven't noticed any uptick in the number of such women at all in the last 10 yrs
**me**: well, yes, exactly
**bruckerd**: they're just getting all kinds of undue attention
**me**: this idea that there's been some growth in this market is nonsense
**bruckerd**: yeah, absolutely!