**Subject:** Chat with the.wynk@gmail.com
**From:**   7/29/2011 2:10 PM
**To:**     drpizza@gmail.com

**the.wynk**: back
**me**: wb
**the.wynk**: fucking hell
**the.wynk**: fucking annoying coworker's lack of communication has now fucked my entire test.
**the.wynk**: so I have to start completely over.
**me**: how come?
**the.wynk**: he didnt let me finish setting it up before he took the environment down for an hour and a half
**the.wynk**: so by the time it came back up and I was able to finish, another process ran that screwed everything up.
**me**: I just don't understand why you have these problems at your workplace
**the.wynk**: I don't either but I'm pissed
**me**: but it happens all the time
**me**: this isn't a one off
**the.wynk**: I can't do anything about it
**the.wynk**: except piss and moan that I have to start over
**the.wynk**: there isn't even anyone here to complain TO that can do anything about it at the moment.
**the.wynk**: the only thing I can do is keep requesting that we get some notification before it goes down
**the.wynk**: which does not work
**me**: no you need to do more than that
**me**: the system you have just doesn't work
**the.wynk**: well I dont have the power to make any changes, all I can do is point out what is causing issues
**the.wynk**: which I do
**me**: I think you shold do more
**me**: propose a new system
**the.wynk**: like what!
**the.wynk**: some of the developers who have a lot more pull than me for this sort of thing have already done so
**the.wynk**: and have been largely ignored in favor of politics
**me**: well then you all need to do so together
**the.wynk**: I propose things all the time
**the.wynk**: not a comprehensive system with powerpoint charts and written plans
**the.wynk**: but things that would help us or make the process go more smoothly
**the.wynk**: ultimately it is up to the bosses to agree or not and implement/enforce
**the.wynk**: regardless
**the.wynk**: there is nothing I can do about it at the moment
**the.wynk**: ahh viren has got a galaxy tab

**me**: http://icanhascheezburger.files.wordpress.com/2011/07/90d5c540-6ae4-4a6a-806e-0b5acf50cbf6.gif
**the.wynk**: http://www.regretsy.com/2011/07/25/flashback-dont-be-so-hard-on-the-bieber/
**me**: I can't help it if bieber makes me hard
**the.wynk**: ewww
**me**: lol
**the.wynk**: you like bieber but not my drunk kitchen!
**the.wynk**: she is so much better than the bieb
**me**: biebs would like me put it in him
**the.wynk**: I don't think so dude
**me**: I do
**me**: we have a connection
**the.wynk**: it's him or me
**me**: we can have a threesome
**me**: lo
**me**: l
**the.wynk**: no way
**me**: what!
**me**: there are millions of teenage girls who would kill for such a chance!
**the.wynk**: am I a teenage girl?
**me**: I'm sure he has plenty of grown up fans too
**the.wynk**: am I a bieber fan?
**me**: yes!
**the.wynk**: NO
**me**: YES
**me**: everyone is
**the.wynk**: and if I were I would not want to share him!
**me**: he has universal appeal
**me**: lol
**the.wynk**: him or me!
**me**: :(
**me**: next you'll be banning RB Rebecca Black!
**the.wynk**: you are not allowed to do her either, she is 13
**me**: ah yeah good point
**me**: TOO OLD.
**me**: lol
**the.wynk**: and she is not a skanky ho like Ke$ha
**me**: lol
**the.wynk**: who I am pretty sure you would get a disease from
**me**: I hate that it's "keh-sha"
**the.wynk**: yes
**me**: it should be "key-sha" goddammit
**me**: key-dollar-ha