Case 1:19-cr-00521-PKC   Document 29-3   Filed 01/24/20   Page 1 of 2

**Subject:** Chat with anthony.martinez@gmail.com
**From:**    2/10/2012 4:42 PM
**To:**      drpizza@gmail.com

**anthony.martinez**: ugh the president caved to the catholic bishops.
**anthony.martinez**: how unimpressive
**me**: ugh
**me**: I know
**anthony.martinez**: Theology: The science of using fantasy to halt the progression of fact-based thought.
**me**: it's such a bullshit issue
**me**: even in italy
**me**: abortions are taxpayer funded
**me**: italy, which INVENTED THE POPE
**anthony.martinez**: lol
**anthony.martinez**: what's even more fucking hilarious is that the distinct majority of Catholic women use birth control
**me**: yes
**me**: that's the best bit
**me**: the US is split like 60:30 (the rest are "don't know" or other idiots) in favour of forcing them to pay:letting them get away with it
**me**: but that 30% isn't catholics
**me**: it's evangelicals!
**me**: it's the protestants who are vocally OMG BAN ABORTION
**me**: not the catholics
**anthony.martinez**: the entire thing makes me want to vomit
**anthony.martinez**: "Conscience rights"
**me**: how about "just don't have abortions if you don't want them"
**anthony.martinez**: As you're a student of the Queen's English
**anthony.martinez**: and clearly understand the nuance of the language far better than my Texas educated self ever could
**anthony.martinez**: surely you can show me where in the Constitution of the United States one might find reference to these "conscience rights"
**me**: lol
**me**: there's no legal argument to be had
**anthony.martinez**: but what about Quakers be able to opt out of the draft!
**anthony.martinez**: oh wait
**anthony.martinez**: THERE IS NO DRAFT
**anthony.martinez**: AND ANYONE WHO OBJECTS TO KILLING PEOPLE CAN OPT OUT
**anthony.martinez**: sort of.. you know... how someone who feels like birth control is a sin
**me**: right
**anthony.martinez**: could..
**anthony.martinez**: you know
**anthony.martinez**: not use it

**me**: CO status isn't tied to religion
**me**: just any genuine belief that it's wrong to kill
**me**: and it doesn't let you opt out of the draft as such
**me**: they still had to do civilian service, didn't they?
**anthony.martinez**: yup
**anthony.martinez**: so they couldn't kill
**anthony.martinez**: but they could sure as all fuck make instruments of death.
**me**: yes
**me**: which is way more direct than paying into an insurance pool
**anthony.martinez**: indeed
**anthony.martinez**: oh, so apparently they didn't have to make bombs and shit
**anthony.martinez**: controlled erosion, did foresting shit
**anthony.martinez**: and, the best part
**anthony.martinez**: participated in human medical experimentation
**me**: ah, so they took the mens' jobs whilst the men were killing gooks
**anthony.martinez**: (hepatitis specifically)
**anthony.martinez**: now it's been a while since my last reading of Leviticus
**anthony.martinez**: but I'd be shocked if using your Godly temple for medical experiments
**anthony.martinez**: probably a sin.
**anthony.martinez**: I have a dream
**anthony.martinez**: that one day little boys and little girls
**anthony.martinez**: will ask a question
**anthony.martinez**: and that question will be answered with science.
**anthony.martinez**: A future free from the oppression of religious fantasy.
**me**: I dream of a world in which sexy 16 year olds line up to let me have sex with them
**anthony.martinez**: lol
**me**: gotta say, my dream sounds more exciting than yours :p
**anthony.martinez**: I can't say I've seen that many 16yr old that really made me hard.
**anthony.martinez**: I feel like 20 is about the sweet spot.
**me**: someone who friended me on facebook (I have no idea) posted a picture of his daughter, I'm guessing she's like 13 or something
**me**: it's all I can do to not post "I'd hit it"
**anthony.martinez**: hahahahaha
**me**: https://fbcdn-sphotos-a.akamaihd.net/hphotos-ak-snc7/406510_3302897257003_1405117848_33298382_60687626_n.jpg
**anthony.martinez**: lol
**anthony.martinez**: you are a sick sick man.
**me**: she looks ripe enough
**anthony.martinez**: lol
**me**: I mean, I'm not saying it'd be legal
**me**: except in the vatican (age of consent: 12)
**me**: but like
**me**: I'd better wear a condom
**me**: we don't need more teenage mothers
**anthony.martinez**: lololol