UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             19-cr-521 (PKC)

        -against-                                             ORDER

Peter Bright,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

The final pretrial conference originally scheduled for February 5, 2020 is adjourned to February 7, 2020 at 2:45 p.m. in Courtroom 11D.

SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
       January 30, 2020