**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2020

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   <u>*United States v. Peter Bright*</u>
            **19 Cr. 521 (PKC)**

Dear Judge Castel:

    As counsel to Mr. Peter Bright, I write to respectfully request that the Court endorse the enclosed Orders.

    The first Order authorizes defense counsel's use of laptops for the duration of Mr. Bright's trial, which is scheduled to begin on February 10, 2020. The second Order directs the Bureau of Prisons, Metropolitan Correction Center – New York, and the United States Marshals Service to accept certain clothing for Mr. Bright, Register Number 76309-054, to wear throughout the duration of his trial.

    Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                /s/_____
                                                Amy Gallicchio
                                                Assistant Federal Defender
                                                212-417-8728

cc: All counsel (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
——————————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  UNITED STATES V. PETER BRIGHT_____

_____, No. 19 Cr. 521 (PKC)

The date(s) for which such authorization is provided is (are) February 10, 2020 until end of trial.

| Attorney | Device(s) |
|---|---|
| 1. Amy Gallicchio and Zawadi Baharanyi, Esqs. | Laptop computers, Connector cables |
| 2. John Lee and Jason Fischer, Litigation Support | Laptop computers, Connector cables |
| 3. Alondra Reyes, Paralegal | Laptop computers, Connector cables |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | 19 Cr. 521 (PKC) |
| PETER BRIGHT, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service accept the following clothing for Mr. Bright, Register Number 76309-054, to wear for appearances at his trial commencing on February 10, 2020 and continuing thereafter:

1. Two pairs of black slacks;
2. Three button-down shirts;
3. Five pairs of socks;
4. One pair of shoes;
5. One belt;
6. Five pairs of underwear;
7. Five white undershirts;
8. One suit jacket.

Dated: New York, New York
February 3, 2020

                                                **SO ORDERED:**

                                                _____

                                                **HONORABLE P. KEVIN CASTEL**
                                                United States District Judge