UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                          :     19 Cr. 521 (PKC)

PETER BRIGHT,                     :

    Defendant.                  :

------------------------------------------------------------x

    Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq., and with good cause shown it is hereby

    **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service accept the following clothing for Mr. Bright, Register Number 76309-054, to wear for appearances at his trial commencing on February 10, 2020 and continuing thereafter:

1. Two pairs of black slacks;
2. Three button-down shirts;
3. Five pairs of socks;
4. One pair of shoes;
5. One belt;
6. Five pairs of underwear;
7. Five white undershirts;
8. One suit jacket.

Dated: New York, New York
       February 3, 2020

                                            SO ORDERED:

                                            **HONORABLE P. KEVIN CASTEL**
                                            United States District Judge

1