# EXHIBIT B

```
 1                  UNITED STATES ATTORNEY'S OFFICE
                     SOUTHERN DISTRICT OF NEW YORK
 2

 3

 4

 5

 6

 7

 8
                          Recorded Conversation
 9

10

11
                         Date:   May 22, 2019
                               Files:   Clip 11
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1         SA SPIVACK:  Let me ask you this.  If you are Leslie
 2    and I, okay, and you come across this chat, what do you
 3    think?
 4         PETER BRIGHT:  They're definitely sexual, but like --
 5         SA SPIVACK:  No, no, no, what do you think?
 6         PETER BRIGHT:  But, no, I --
 7         SA ADAMCZYK:  And there's not- there -- but there's no
 8    question that they're sexual.  Even someone -- even a
 9    layperson on the street would [INDISCERNIBLE]
10         PETER BRIGHT:  No, no, no.  I don't dispute that
11    they're sexual, but like I say --
12         SA ADAMCZYK:  But what would a person think, not
13    knowing --
14         PETER BRIGHT:  They would probably think that I want
15    to have sex with her kids.
16         SA SPIVACK:  Okay.
17         PETER BRIGHT:  But like I say, --
18         SA SPIVACK:  That was the question --
19         PETER BRIGHT:  -- it was very ambiguous to me at the
20    start because of the --
21         SA SPIVACK:  The chats in the totality --
22         PETER BRIGHT:  Yeah.
23         SA SPIVACK:  Reading the chats and we listened to the
24    phone call because we have a title 3 out, we have a wire
25    out.
```

1  PETER BRIGHT: Okay.

2  SA SPIVACK: So what would a layperson -- what would

3  an average law enforcement official --

4  PETER BRIGHT: They would say it looks very bad.

5  SA SPIVACK: For you?

6  PETER BRIGHT: Yeah.

7  SA SPIVACK: Okay. It looks bad because it looks like

8  you were going to go have sex with a young child.

9  PETER BRIGHT: Yeah.

10  SA SPIVACK: - young children.

11  PETER BRIGHT: I felt she had to believe that --

12  SA SPIVACK: So what would you --

13  PETER BRIGHT: -- because otherwise there's nothing to

14  record.

15  SA ADAMCZYK: What were you looking to get out of

16  this?

17  PETER BRIGHT: I wanted --

18  SA ADAMCZYK: Because I'll tell, you know, what it

19  looks like, it looks like you were coming to have sex with

20  a --

21  PETER BRIGHT: You know what I wanted to get out of

22  it?

23  SA ADAMCZYK: -- seven and a nine year old.

24  PETER BRIGHT: It looks really just awesome to be like

25  -- there are so many -- like even up on YouTube, there are

```
1  like all of these like nailing like predators and like
2  people coming to like screw kids and all that kind of
3  thing, it looks like a real high, like just being able to
4  say to someone, ha, I've got you.
5
6            (End of recording.)
```