# EXHIBIT C

Text Message Excerpts[1]-

Conversation between Katie Goldberg and Peter Bright

| | | | | | | |
|---|---|---|---|---|---|---|
| 5101 | Sent | To XXXXXXXXXX Goldberg Katie * Direction: Outgoing | 10/4/2018 6:01:32 AM(UTC+0) | | Sent | She touches him between the legs even as he tells her not to Source Extraction: Advanced Logical |
| 5102 | Sent | To XXXXXXXXXX Goldberg Katie * Direction: Outgoing | 10/4/2018 6:01:16 AM(UTC+0) | | Sent | Or similar setup, but she's the temptress/initiator Source Extraction: Advanced Logical |
| 5103 | Sent | To XXXXXXXXXX Goldberg Katie * Direction: Outgoing | 10/4/2018 6:00:54 AM(UTC+0) | | Sent | He shows her how to touch herself, how to touch him Source Extraction: Advanced Logical |
| 5104 | Sent | To XXXXXXXXXX Goldberg Katie * Direction: Outgoing | 10/4/2018 6:00:06 AM(UTC+0) | | Sent | She's maybe 11-12, her body is developing Source Extraction: Advanced Logical |
| 5105 | Sent | To XXXXXXXXXX Goldberg Katie * Direction: Outgoing | 10/4/2018 5:59:14 AM(UTC+0) | | Sent | Something along the lines of stepdad enters stepdaughter's bedroom at night to show how how her body works and make her a woman Source Extraction: Advanced Logical |
| 5106 | Inbox | From XXXXXXXXXX Goldberg Katie * Direction: Incoming | 10/4/2018 5:57:20 AM(UTC+0) | | XXXXXXXX Read | what kind of ageplay are you into? Source Extraction: Advanced Logical |

[1] These messages are in reverse chronological order and should be read from 5106 to 5101.

Text Message Excerpts[1]-

Conversation between Stevie and Peter Bright

| 101 | Sent | To XXXXXXXXXX Stevie * Direction: Outgoing | 4/19/2019 5:50:35 PM(UTC+0) | | | Sent | However, I would probably prefer to keep things *relatively* vanilla on Sunday, focus more on getting to know each other, how to get each other off Source Extraction: Advanced Logical |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 108 | Inbox | From XXXXXXXXXX Stevie * Direction: Incoming | 4/19/2019 5:47:38 PM(UTC+0) | | XXXXXXX | Read | !!! Yes. You find me playing with my little dick, and you show me your cock and how to touch it Source Extraction: Advanced Logical |
| 109 | Sent | To XXXXXXXXXX Stevie * Direction: Outgoing | 4/19/2019 5:46:50 PM(UTC+0) | | | Sent | Playing with your sexy cock, letting daddy touch and kiss it Source Extraction: Advanced Logical |
| 110 | Sent | To XXXXXXXXXX Stevie * Direction: Outgoing | 4/19/2019 5:44:35 PM(UTC+0) | | | Sent | I think it certainly could be Source Extraction: Advanced Logical |
| 111 | Inbox | From XXXXXXXXXX Stevie * Direction: Incoming | 4/19/2019 5:44:16 PM(UTC+0) | | XXXXXXX | Read | Is it similar for ddlb? Source Extraction: Advanced Logical |
| 112 | Sent | To XXXXXXXXXX Stevie * Direction: Outgoing | 4/19/2019 5:23:18 PM(UTC+0) | | | Sent | My usual fantasy is my little girl is like… 11-12, her body is starting to develop, and I go into her room to talk about the changes and what they mean, and then make a woman of her, daddy's very special little girl Source Extraction: Advanced Logical |
| 113 | Sent | To XXXXXXXXXX Stevie * Direction: Outgoing | 4/19/2019 5:19:11 PM(UTC+0) | | | Sent | That's a good question! Source Extraction: Advanced Logical |

---

[1] These messages are in reverse chronological order and should be read from 114 to 101.

| 114 | Inbox | From XXXXXXXXXX Stevie * Direction: Incoming | 4/19/2019 5:16:12 PM(UTC+0) | | XXXXXXXX | Read | What do you enjoy/like/prefer when it comes to ddlg? What scenes do you like? Source Extraction: Advanced Logical |

Text Message Excerpts[1]-

Conversation between Denesy and Peter Bright

| # | Box | From/To | Date/Time | | ID | Status | Message |
|---|---|---|---|---|---|---|---|
| 467 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 2:32:18 PM(UTC+0) | | XXXXXXXX | Read | I like to describe myself as Daddy's little princess on the streets, but Daddy's little fucktoy on the sheets. Source Extraction: Advanced Logical |
| 433 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:10:06 PM(UTC+0) | | | Sent | Yes. And I really love to cuddle and caress and squeeze and pet. Source Extraction: Advanced Logical |
| 434 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:06:39 PM(UTC+0) | | XXXXXXXX | Read | Aftercare is crucial to me... Source Extraction: Advanced Logical |
| 435 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:05:50 PM(UTC+0) | | | Sent | Yes. The caring side is so important. Source Extraction: Advanced Logical |
| 436 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:05:18 PM(UTC+0) | | XXXXXXX | Read | And then after having lots of fun, I want to have Daddy make me a bath and brush my hair...and tell me how proud he is of how much of a slut I was... Source Extraction: Advanced Logical |

---

[1] These messages are in reverse chronological order and should be read from 467 to 296.

| 394 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:41:48 PM(UTC+0) | | | Sent | I know princess, but how else will you ever learn? Source Extraction: Advanced Logical |
| 395 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:41:18 PM(UTC+0) | | XXXXXXX | Read | Daddy, I don't want to be punished! Source Extraction: Advanced Logical |
| 396 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:40:43 PM(UTC+0) | | | Sent | Take off your panties and get over my knee. Source Extraction: Advanced Logical |
| 397 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:40:37 PM(UTC+0) | | XXXXXXX | Read | But Daddy! ���������� Source Extraction: Advanced Logical |
| 398 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:40:27 PM(UTC+0) | | XXXXXXX | Read | I love being Daddy's naughty little girl...Yes Daddy. This pussy is yours and no one else can touch it... Source Extraction: Advanced Logical |
| 399 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:40:21 PM(UTC+0) | | | Sent | You know what bad girls get? Beatings. Source Extraction: Advanced Logical |
| 400 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:39:12 PM(UTC+0) | | | Sent | You naughty little thing. You know that only daddy is allowed to touch you there. Source Extraction: Advanced Logical |
| 401 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 3:38:02 PM(UTC+0) | | XXXXXXX | Read | Yes Daddy..I can't help myself... Source Extraction: Advanced Logical |
| 402 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 3:37:32 PM(UTC+0) | | | Sent | Princess, are you touching yourself again? Source Extraction: Advanced Logical |
| 361 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 4:05:36 PM(UTC+0) | | XXXXXXX | Read | *ooo Daddy!! I love our special playtime together!!! It feels so tingly and good!* Source Extraction: Advanced Logical |
| 344 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 4:32:20 PM(UTC+0) | | XXXXXXX | Read | I'd love to go on a nice date with Daddy, then have playtime! Source Extraction: Advanced Logical |

| # | Type | To/From | Date/Time | | | Status | Message |
|---|---|---|---|---|---|---|---|
| 296 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 7:21:24 PM(UTC+0) | | | Sent | Yes, though I've struggled to find someone reliable and long term Source Extraction: Advanced Logical |
| 297 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 7:17:15 PM(UTC+0) | | XXXXXXX | Read | I'm assuming you've been a Daddy Dom before? Source Extraction: Advanced Logical |
| 298 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 7:17:03 PM(UTC+0) | | XXXXXXX | Read | Precious and filthy... I love it! ���� Source Extraction: Advanced Logical |
| 299 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 7:10:09 PM(UTC+0) | | | Sent | Yes, that's exactly what I'm looking for. That whole duality. Precious and yet filthy Source Extraction: Advanced Logical |
| 300 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:47:30 PM(UTC+0) | | XXXXXXX | Read | I really want to be treated like a delicate flower, cared for and be a slut for my Daddy. I want to feel safe, loved and adored. Source Extraction: Advanced Logical |
| 301 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:45:27 PM(UTC+0) | | | Sent | That's perfect Source Extraction: Advanced Logical |
| 302 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:41:31 PM(UTC+0) | | XXXXXXX | Read | I want to look up to my Daddy, be his little girl and his little slut.. Source Extraction: Advanced Logical |
| 303 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:41:07 PM(UTC+0) | | XXXXXXX | Read | I am a Dominant woman outside the bedroom, but when I'm in sub space and with my Daddy, I want to serve him..make him proud... I want him to guide me to be a better woman.. Source Extraction: Advanced Logical |
| 304 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:40:39 PM(UTC+0) | | | Sent | That makes me very happy to hear Source Extraction: Advanced Logical |
| 305 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:40:01 PM(UTC+0) | | XXXXXXX | Read | That's exactly what I am looking for in a Daddy Dom. Source Extraction: Advanced Logical |
| 306 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:32:31 PM(UTC+0) | | | Sent | The combination of on the one hand having this sexual object to us in dirty ways, but on the other hand having to care for and look after the person, and being looked up to as that caregiver Source Extraction: Advanced Logical |
| 307 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:20:03 PM(UTC+0) | | XXXXXXX | Read | So, what do you like most about the Daddy Dom role? Source Extraction: Advanced Logical |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 308 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:18:45 PM(UTC+0) | | | Sent | Exactly Source Extraction: Advanced Logical |
| 309 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:15:31 PM(UTC+0) | | XXXXXXX | Read | Besides, how can we talk about politics if I'm little?!? Source Extraction: Advanced Logical |
| 310 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:15:14 PM(UTC+0) | | XXXXXXX | Read | I'm glad you agree with that. :) Source Extraction: Advanced Logical |
| 311 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:13:51 PM(UTC+0) | | | Sent | Yes, for sure. Source Extraction: Advanced Logical |
| 312 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:13:37 PM(UTC+0) | | XXXXXXX | Read | Well of course! Now, I don't expect to be little 24/7, but I do like having rules, tasks, rewards and be able to color and dress like a little. Source Extraction: Advanced Logical |
| 313 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:09:50 PM(UTC+0) | | | Sent | But it would be fun if it's not just in the bedroom Source Extraction: Advanced Logical |
| 314 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:09:37 PM(UTC+0) | | | Sent | Ideally it would be play rather than 24/7. I do want adult company too! Source Extraction: Advanced Logical |
| 315 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:08:43 PM(UTC+0) | | XXXXXXX | Read | It really is a stroke of good fortune! Source Extraction: Advanced Logical |
| 316 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:08:30 PM(UTC+0) | | XXXXXXX | Read | What is your idea of an ideal DD/lg relationship? Source Extraction: Advanced Logical |
| 317 | Sent | To XXXXXXXXXX Denesy * Direction: Outgoing | 4/28/2019 6:05:46 PM(UTC+0) | | | Sent | Yup! It's a stroke of good fortune Source Extraction: Advanced Logical |
| 318 | Inbox | From XXXXXXXXXX Denesy * Direction: Incoming | 4/28/2019 6:01:03 PM(UTC+0) | | XXXXXXX | Read | So you are definitely looking for a little huh? Source Extraction: Advanced Logical |

Text Message Excerpts-[1]

Conversation between Tori and Peter Bright

---

**PETER:** Hi there. You're very cute.

**TORI:** DD/lg huh? I'm into that.

**PETER:** You just got even cuter. So I'd prefer, and am ideally looking for, someone to have more of an ongoing thing. It could be dating and a relationship, it could be play partners, FWB, or some combination… just not a one off, if at all possible. What kind of thing are you looking for?

**TORI:** I like ongoing for things like kink.

**PETER:** Cool. I think it's necessary for the trust and understanding.

**TORI:** What kind of DD/lg turns you on? I mostly like being told what to do and cherished in ways where I feel controlled but also cared for. I like bondage and spankings, but like, when it feels like it is also to turn me on.

**PETER:** It depends a bit on your little age.

**TORI:** I've played anywhere from baby to teen. For me it's less about the age play honestly than the way that age play lends itself to a caring sort of power play.

**PETER:** For sure. So a baby might include changing your wet diaper, giving you're your pacifier, dressing you appropriately. Older ages, you'll order from the kid's menu when we go out, you'll have to get my approval for what you wear, you can get bedtime stories… but if you're bad, you might get a spanking, or told to write lines, you playing with stuffed animals, colouring books, etc. And if you want sex as a little…. I like scenarios such as you're 11-12, your body is developing, and daddy comes into your room to show you how to touch yourself, show you how to touch him, so that you can be his special girl. Both nurturing and corrupting at the same time. Though turning it around is also hot… I'm coming in to say good night, and you're acting flirty, trying to get me to touch you, and I say no, I mustn't, it's not right… But you want it so much and when you bat your eyelids at me…. how could I refuse? But I'm very open to other angles; things you've done in the past to explore the power dynamic.

**TORI:** Okay. Yes, I'm into all of this and I appreciate that you were able to articulate all of it. Let's do this together. Maybe start as baby and work our way up to sex age? Would that be fun?

---

[1] These are excerpts from a transcript of the text messages between Mr. Bright and Tori. At trial, the defense would use screenshots or pictures of these messages taken from Mr. Bright's phone.

1

**PETER:** Oooh, yeah, I think it could be.
.......

**TORI:** So I like it a lot. I want you to diaper me. Sit me on your lap in diapers and a paci tied in my mouth.

**PETER:** And as you get a bit older, if you start acting out, I can tell you that if you're going to act like a baby I'm going to treat you like one; no more big girl pants, back into the diapers.

**TORI:** Omg yess Daddy. I like it as punishment. Pouting in diapers until I apologize. You're fun.

**PETER:** Yes, exactly. Cool. So can you tell me more about yourself? I don't even know your name!

**TORI:** I'm Tori. 30's trans girl. Been on hormones and living as a woman for a long while.

**PETER:** Victoria shortened to Tori? Or just Tori?

**TORI:** Just Tori.

**PETER:** That's a shame, no using your full name to scold you! Oh my.
....

2

**PETER:** It's very nerdy stuff, if you care it's at https://arstechnica.com/author/peter-bright/

So I suppose one important question is, in the grand scheme of things, what are you looking for? Just a play partner? Dating, a relationship? Something else?

**TORI:** Play partner. If you are married, I kind of have boundaries around that.

**PETER:** You don't want to get too emotionally involved in someone who can't be 100% for you?

**TORI:** I don't have issues about it, but I'm not inexperienced with married men and it's better for me to have those boundaries at the beginning then to feel hurt and put them up. Like. I won't be cold or distant. I'll be fun, but no, I don't want to rely on someone who can't be there for me.

**PETER:** I see. That's fair. I'm not going to harp on about it because I respect that you've been hurt and I know that sucks, but I will say I'm receptive to more than play partners should things work out that way.

**TORI:** The more caring you are the more I will give back emotionally. And genuine affection and friendship is part of play partners for me.

**PETER:** And even as a play partner, you're a living, thinking, feeling human being, and I won't ever treat you as anything less.

**TORI:** I appreciate that.

3

Text Message Excerpts[1]-

Conversation between Rachel Birnbaum and Peter Bright

---

**PETER:** Age play can be hot.

**RACHEL BIRNBAUM:** YES. Tell me more!

**PETER:** So a couple of scenarios… Little girl about the age her body is developing, daddy enters her room, tells her that she's becoming a woman, and guides her both in how to use her own body, and how to please his. Something very gentle and nurturing, but also dirty and corrupting.

**RACHEL BIRNBAUM:** That sounds fun!

**PETER:** Or a kind of reversal… reading a bedtime story and she puts her hand between my legs. Acts as the temptress. I tell her no, we shouldn't, it's wrong, but she insists….. What about you? Any particular interests?

**RACHEL BIRNBAUM:** That also sounds fun!

**PETER:** That puts a big smile on my face.

---

[1] These are excerpts from a transcript of the text messages between Mr. Bright and Rachel Birnbaum. At trial, the defense would use screenshots or pictures of these messages taken from Mr. Bright's phone.

1