# EXHIBIT A

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

Recorded Conversation

Date:   May 22, 2019
Files:   Clip 6

1       **SA ADAMCZYK:**  Did you ever -- was there ever a

2   discussion about the two of you --

3       **PETER BRIGHT:**  Me and her?

4       **SA ADAMCZYK:**  -- being sexually --

5       **PETER BRIGHT:**  No.

6       **SA ADAMCZYK:**  -- interactive?  Yeah.  No?

7       **SA SPIVACK:**  You have condoms.

8       **PETER BRIGHT:**  Yes.  They are from Friday night where

9   I spent with a woman I started seeing.

10       **SA ADAMCZYK:**  Are you in a polyamorous relationship?

11       **PETER BRIGHT:**  Yes. Yes.

12       **SA ADAMCZYK:**  Okay.  So your wife --

13       **PETER BRIGHT:**  Yes.

14       **SA ADAMCZYK:**  -- has an idea of --

15       **PETER BRIGHT:**  Yeah.

16       **SA ADAMCZYK:**  Okay.

17       **PETER BRIGHT:**  Like she knows I have the KinkD dating

18   profile and so on.

19       **SA ADAMCZYK:**  Okay.

20       **SA SPIVACK:**  But she doesn't know about this?

21       **PETER BRIGHT:**  Doesn't know about this.  I didn't --

22   like she- she knows the sort of broader outlines of my kink

23   interests.  She doesn't really like to know all the

24   details.

25       **SA ADAMCZYK:**  She's vanilla.

1        PETER BRIGHT:  She is vanilla.

2        SA SPIVACK:  She's vanilla.

3        PETER BRIGHT:  Yeah.

4        SA SPIVACK:  What about the Bronx girl?

5        PETER BRIGHT:  The Bronx girl is 34, I think.

6        SA SPIVACK:  I thought the Bronx girl was a minor?

7        PETER BRIGHT:  The Bronx girl is about 34.  She's

8    someone I met through OkCupid.  She's called Alisha.

9        SA SPIVACK:  You discussed with Liz --

10       SA ADAMCZYK:  About an 11 year old.

11       SA SPIVACK:  -- about an 11 year old.

12       PETER BRIGHT:  Yeah.  The Bronx girl plays --

13       SA SPIVACK:  Gotcha.  What about there --

14       PETER BRIGHT:  Since we -- like the sort of conflation

15   of them felt like, very obvious.  Like I am talking about

16   the Bronx girl because she plays that age.

17       SA SPIVACK:  Sure.

18       SA ADAMCZYK:  Yeah.

19       SA SPIVACK:  The young girl, I guess, 11 year old girl

20   that you talked to Liz about --

21       PETER BRIGHT:  Yeah.

22       SA SPIVACK:  -- is in fact an adult.

23       PETER BRIGHT:  Yes.

24       SA SPIVACK:  Did you mention something else about a 17

25   year old or something, or a 14 year old?

1      PETER BRIGHT:  Yeah.

2      SA SPIVACK:  I believe there was two others?

3      PETER BRIGHT:  So, yeah, that was -- the 14 year old

4  is not -- there is a 17 year old girl who messaged me on

5  Twitter.  She wanted some help with a thing she was writing

6  for school.

7      SA SPIVACK:  How did she find you on Twitter?

8      PETER BRIGHT:  I'm a journalist, she read an article.

9  But that's --

10     SA ADAMCZYK:  In the context of your conversation with

11 Liz, how did the 17 year old come up?

12     PETER BRIGHT:  Because Liz wanted to know like how I

13 had -- how I taught other people.  And it's like, yeah,

14 I've had sort of DDLG kind of --

15     SA SPIVACK:  Did you have a DDLG with the 17 year old?

16     PETER BRIGHT:  We've met a few times -- no, the 17

17 year old, no, never met.

18     SA SPIVACK:  Any sexual conversations with the 17 year

19 old?

20     PETER BRIGHT:  Um, a little.

21     SA SPIVACK:  Okay.  Did you ever meet her to have sex?

22     PETER BRIGHT:  I've never met her.  Never met her to

23 have or to not have sex.

24     SA SPIVACK:  Did you ever engage -- exchange

25 photographs with her?

1       PETER BRIGHT:  No.

2       SA SPIVACK:  No phot- no nudes?

3       PETER BRIGHT:  No.

4       SA SPIVACK:  She never sent you any nudes?

5       PETER BRIGHT:  She- I think she sent me a picture that

6  I deleted immediately because it wasn't um, nude, but it

7  was suggestive.

8       SA ADAMCZYK:  In what way?  In what sense?

9       PETER BRIGHT:  Kind of covering bits up, that, sort of

10  --

11      SA ADAMCZYK:  So nude but cov- you couldn't see --

12      PETER BRIGHT:  Oh, yeah, sorry, more like --

13      SA SPIVACK:  Nudish?

14      PETER BRIGHT:  Yeah--

15          (End of recording.)

16

17

18

19

20

21

22

23

24

25

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

Recorded Conversation

Date:   May 22, 2019
Files:  Clip 7

1        SA SPIVACK:  What about the 14 year old?  Is there any

2   truth to that?

3        PETER BRIGHT:  She has a 14 year old sister, but

4   that's --

5        SA SPIVACK:  And have you ever exchanged messages with

6   the 14 year old sister?

7        PETER BRIGHT:  No.

8        SA SPIVACK:  You sure?

9        PETER BRIGHT:  To the best of my knowledge, no. Um.

10       SA ADAMCZYK:  You mentioned that this -- the chats

11   were somewhat sexual, what --

12       PETER BRIGHT:  With the --

13       SA ADAMCZYK:  -- with the 17 year old.

14       PETER BRIGHT:  Yeah.  Um, the 17 year old tells me she

15   sometimes go to Manhattan and turns tricks.

16       SA ADAMCZYK:  What did you take that to mean?

17       PETER BRIGHT:  That she has sex with men for money.

18

19            (End of recording.)

20

21

22

23

24

25

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

Recorded Conversation

Date:   May 22, 2019
Files:   Clip 8

1    **SA SPIVACK:**  You ever talk to the 14 year old one on

2    one? Message, private message?  I feel like you know the

3    answer is yes.

4    **PETER BRIGHT:**  I think -- no, I think it could be

5    yeah.

6    **SA SPIVACK:**  Okay.

7    **PETER BRIGHT:**  Again, she's very excitable.  She wants

8    to meet and hear my accent.

9    **SA SPIVACK:**  Let me ask-

10   **PETER BRIGHT:**  And I say, no.

11   **SA SPIVACK:**  So look --

12   **SA ADAMCZYK:**  Why?

13   **SA SPIVACK:**  Yeah.

14   **PETER BRIGHT:**  Because I don't --

15   **SA ADAMCZYK:**  If all you're talking about is an

16   accent, why?

17   **PETER BRIGHT:**  I have nothing in common with 14 year

18   old girls.

19   **SA SPIVACK:**  But what about age regression stuff?

20   **PETER BRIGHT:**  That's age regression.

21   **SA SPIVACK:**  But I thought you said early teens.

22   **PETER BRIGHT:**  An adult playing a teenager is very

23   different from a teenager.

24   **SA SPIVACK:**  Right.  But I mean in terms of like

25   commonalities I guess, you're [INDISCERNIBLE]

1          **PETER BRIGHT:**  In – for terms of like for DDLG, it's

2     like very constrained.  Like it'll be for a scene, and

3     then, you know, we'll agree beforehand this is how it's

4     going to play out, play it out, done.

5          **SA SPIVACK:**  All right.

6

7               (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK




Recorded Conversation



Date:   May 22, 2019
Files:  Clip 9

1        PETER BRIGHT:  Like I say, the texts with the -- the

2   messages with the 17 year and 14 year old were flirty, I

3   would say.  I didn't know what to make of her sex-for-money

4   thing. Um, like --

5        SA SPIVACK:  So the texts with the 14 year old were

6   also flirty?

7        PETER BRIGHT:  Yeah, you know, she was basically

8   saying, oh, like, you know, English accents are so sexy,

9   and that kind of thing.

10        SA SPIVACK:  Did the 14 year old ever send you a pic?

11        PETER BRIGHT:  I think she sent me a picture, but it's

12   deleted as well.

13        SA SPIVACK:  What'd she send you?

14        SA ADAMCZYK:  What was the picture?

15        PETER BRIGHT:  I don't even remember.  It was like her

16   in like little -- it was her in like --

17        SA SPIVACK:  Was it sexual?

18        PETER BRIGHT:  -- panties and a t-shirt.

19        SA SPIVACK:  Panties and a t-shirt.

20        PETER BRIGHT:  Like -- yeah.

21        SA ADAMCZYK:  So here's the -- like role playing is

22   one thing.

23        PETER BRIGHT:  Yeah.

24        SA ADAMCZYK:  But like, why talk to a 14 and a 17 year

25   old?  Like why even entertain that?

1          SA SPIVACK:   Especially if she's sending you panty

2   pics.

3          PETER BRIGHT:   Yeah, I -- it's kind of flattering to

4   be -- just have someone flirt with you.

5

6              (End of recording.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

Recorded Conversation

Date:   May 22, 2019
Files:   Clip 10

1        SA ADAMCZYK:  And what's your gmail account?

2        PETER BRIGHT:  DrPizza@gmail.com.

3        SA SPIVACK:  I'm sorry, doctor spelled out or D-R?

4        PETER BRIGHT:  D-R-P-I-Z-Z-A@gmail.com.

5        SA ADAMCZYK:  D-R-P --

6        PETER BRIGHT:  I-Z-Z-A.

7        SA ADAMCZYK:  Dr. Pizza?

8        PETER BRIGHT:  Yeah.

9        SA ADAMCZYK:  Oh, I heard Dr. Peter.

10        SA SPIVACK:  Pete -- no.

11        PETER BRIGHT:  No, Dr. Pizza.

12        SA SPIVACK:  So your PC is at home.

13        PETER BRIGHT:  Yeah.

14        SA SPIVACK:  And the 14 year old might have sent you a

15   nude.

16        PETER BRIGHT:  Yeah, possibly, yeah.

17        SA SPIVACK:  Do you know, was it a pic of her vagina,

18   her breasts?

19        PETER BRIGHT:  I don't know.  Like I say, she sent me

20   some pictures.  The first one was not nude, but suggestive.

21   I said, like, you know, no, don't send me that. Closed it,

22   they get deleted.

23        SA SPIVACK:  Did you ever ask for any of them?

24        PETER BRIGHT:  No.

25        SA SPIVACK:  Okay.  And you deleted them?

1        PETER BRIGHT:  They got deleted.  They --

2        SA SPIVACK:  But you did not delete them?

3        PETER BRIGHT:  They delete automatically.

4        SA SPIVACK:  Did you save them to your computer?

5        PETER BRIGHT:  No, I did not save them.

6        SA SPIVACK:  But you continued to speak with her after

7   her sending that pic -- after she sent you that pic?

8        PETER BRIGHT:  I don't think I've spoken with her

9   since then.

10       SA SPIVACK:  Okay.  Any other minors that you spoke

11  to?

12       PETER BRIGHT:  No.

13       SA SPIVACK:  No?  We have the 14 year old and we have

14  the 17 year old, is that it?

15       PETER BRIGHT:  Almost all the talk was with the 17

16  year old, like yeah.

17       SA SPIVACK:  Bless you.

18       SA ADAMCZYK:  Thank you.

19       SA SPIVACK:  Anything else?

20       PETER BRIGHT:  No.  And -- yeah, that was --

21       SA SPIVACK:  Is this -- is Liz the only person that

22  you recorded?

23       PETER BRIGHT:  Yeah.

24       SA SPIVACK:  Were you ever going to say something

25  about the 14 year old? To anybody?

1        PETER BRIGHT:  I --

2        SA SPIVACK:  A minor sent you nudes.

3        PETER BRIGHT:  Yeah.  Well, we write about that [PH]

4   it happens a lot.  Like it didn't seem --

5        SA ADAMCZYK:  You're talking to two people.

6        PETER BRIGHT:  It didn't seem like -- the 17 year old

7   was concerning because of the sex for money thing.  The 14

8   year old I thought was just a dumb teenager.

9        SA ADAMCZYK:  Yeah, but you didn't do anything about

10   the 17 year old.

11        PETER BRIGHT:  I --

12        SA ADAMCZYK:  You didn't even say to her like, as an

13   adult, like, hey, maybe you shouldn't do that.

14        PETER BRIGHT:  Well --

15        SA SPIVACK:  About your photos or turning tricks or

16   any of that.

17        PETER BRIGHT:  Like, no.  Well, I've used -- like I am

18   not opposed to prostitution in general.  I know it's

19   illegal in this country.

20        SA SPIVACK:  I don't care about prostitution.

21        SA ADAMCZYK:  No.  No, no, no.

22        SA SPIVACK:  We care about the minor being

23   prostituted.

24

25

1   **PETER BRIGHT:**  No, that's -- I agree. Um, I wasn't

2   sure if she was telling the truth because she said that-- I

3   mean --

4      **SA SPIVACK:**  But who are you to make that judgement,

5   right? Isn't that what we're here for, to help vet that

6   out?

7      **PETER BRIGHT:**  I don't know.  Like, I'm sorry, I'm not

8   trying to be like, difficult, but like- Um…  We've written

9   stories about, for example, um, minors sexting each other

10  and it kind of ruins their lives when law enforcement get

11  involved.

12     **SA SPIVACK:**  You think then- it's better then to have

13  a 14 year old send you a pic of her pussy?

14     **PETER BRIGHT:**  I don't -- I'm not saying that she

15  sent.  I don't know --

16     **SA SPIVACK:**  Okay.  A nude pic. But you think that

17  that's better than us trying to get involved --

18     **SA ADAMCZYK:**  Or you think it's just better to like

19  let these kids keep trading naked pictures and not get

20  involved at all?

21     **SA SPIVACK:**  Right.

22     **PETER BRIGHT:**  I don't -- well --

23     **SA SPIVACK:**  And I would say this to you, hold on a

24  second.  How old are you?

25     **PETER BRIGHT:**  Thirty-eight.

1      SA SPIVACK:  Thirty -eight.  I would say this, a 14

2    year old sending a nude pic to her 14 year old boyfriend is

3    one thing.

4      PETER BRIGHT:  I agree.

5      SA SPIVACK:  A 14 year sending a nude pic to a 38 year

6    old man is another.

7      PETER BRIGHT:  That's true.

8      SA SPIVACK:  So if she's doing that to you, do you not

9    think at that point maybe somebody should get involved

10   because that person -- is that 14 year old not fucked up to

11   the point maybe she needs some help?  No offense to you.

12   But you're a thirty-eight year old man.

13      PETER BRIGHT:  No, no, no. No, I mean, yeah, I think

14   um- I think that's -- I think you're probably right.  I

15   don't know.  I --

16      SA SPIVACK:  We work human trafficking and I can tell

17   you we're right.

18      PETER BRIGHT:  Like I just -- I -- like this is why

19   with Liz I wanted to get something very clear from her

20   because I am, let's say, skeptical about the police

21   involvement in these things.  Like -- and yeah, I hear you

22   and I agree, like 14 year olds sexting each other is

23   different.  But I am -- it is not super clear cut to me

24   that police coming in, taking the kids away from their

25   parents, these sort of things are good for the family.

1           SA SPIVACK:   And is this based off your experience

2    working in law enforcement or just stuff you see on TV?

3           PETER BRIGHT:   The stuff I see on TV --

4           SA SPIVACK:   Which is always right.

5           PETER BRIGHT:   And stuff we write about.

6

7                (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

Recorded Conversation

Date:   May 22, 2019
Files:   Clip 12

1    SA SPIVACK:  Okay.  You never attempted to have sex-

2  to meet up with either this 14 or 17 year old?

3    PETER BRIGHT:  I have texts to the 17 year old that I

4  would be happy to meet up to help her with her

5  [INDISCERNIBLE].

6    SA SPIVACK:  Was there ever a sexual connotation

7  there?  Was there ever a underlying fleeting thought in

8  your mind that it might turn sexual?

9    PETER BRIGHT:  There was flirtatiousness, um...

10    SA SPIVACK:  Was it possible that that meeting would

11  turn to sex?

12    PETER BRIGHT:  It's possible.

13    SA SPIVACK:  Did it? Did you ever meet her?

14    PETER BRIGHT:  No, we never met.

15    SA SPIVACK:  Alright.

16

17        (End of recording.)

18

19

20

21

22

23

24

25