# EXHIBIT B

```
 1                    UNITED STATES ATTORNEY'S OFFICE
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3

 4

 5

 6

 7

 8
                          Recorded Conversation
 9

10

11
                      Date:    May 22, 2019
12                          Files:   Clip 11

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        SA SPIVACK:  Let me ask you this.  If you are Leslie
 2   and I, okay, and you come across this chat, what do you
 3   think?
 4        PETER BRIGHT:  They're definitely sexual, but like --
 5        SA SPIVACK:  No, no, no, what do you think?
 6        PETER BRIGHT:  But, no, I --
 7        SA ADAMCZYK:  And there's not- there -- but there's no
 8   question that they're sexual.  Even someone -- even a
 9   layperson on the street would [INDISCERNIBLE]
10        PETER BRIGHT:  No, no, no.  I don't dispute that
11   they're sexual, but like I say --
12        SA ADAMCZYK:  But what would a person think, not
13   knowing --
14        PETER BRIGHT:  They would probably think that I want
15   to have sex with her kids.
16        SA SPIVACK:  Okay.
17        PETER BRIGHT:  But like I say, --
18        SA SPIVACK:  That was the question --
19        PETER BRIGHT:  -- it was very ambiguous to me at the
20   start because of the --
21        SA SPIVACK:  The chats in the totality --
22        PETER BRIGHT:  Yeah.
23        SA SPIVACK:  Reading the chats and we listened to the
24   phone call because we have a title 3 out, we have a wire
25   out.
```

1   PETER BRIGHT:  Okay.

2   SA SPIVACK:  So what would a layperson -- what would

3 an average law enforcement official --

4   PETER BRIGHT:  They would say it looks very bad.

5   SA SPIVACK:  For you?

6   PETER BRIGHT:  Yeah.

7   SA SPIVACK:  Okay.  It looks bad because it looks like

8 you were going to go have sex with a young child.

9   PETER BRIGHT:  Yeah.

10   SA SPIVACK:  - young children.

11   PETER BRIGHT:  I felt she had to believe that --

12   SA SPIVACK:  So what would you --

13   PETER BRIGHT:  -- because otherwise there's nothing to

14 record.

15   SA ADAMCZYK:  What were you looking to get out of

16   this?

17   PETER BRIGHT:  I wanted --

18   SA ADAMCZYK:  Because I'll tell, you know, what it

19 looks like, it looks like you were coming to have sex with

20 a --

21   PETER BRIGHT:  You know what I wanted to get out of

22 it?

23   SA ADAMCZYK:  -- seven and a nine year old.

24   PETER BRIGHT:  It looks really just awesome to be like

25 -- there are so many -- like even up on YouTube, there are

1  like all of these like nailing like predators and like
2  people coming to like screw kids and all that kind of
3  thing, it looks like a real high, like just being able to
4  say to someone, ha, I've got you.
5
6            (End of recording.)