UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                 19-cr-521 (PKC)
                                                                                                                  ORDER

                 -against-

PETER BRIGHT,

                            Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        By reason of the funeral of the Honorable Deborah A. Batts, jury selection in the above-captioned matter will begin on Tuesday, February 11, 2020 at 10:00am.

        SO ORDERED.

                                                                                 P. Kevin Castel
                                                             United States District Judge

Dated:  New York, New York
            February 6, 2020