1       **CLIP 12**

2       **SA SPIVACK:** Okay. You never attempted to have sex-
3  to meet up with either this 14 or 17 year old?

4       **PETER BRIGHT:** I have texts to the 17 year old that I
5  would be happy to meet up to help her with her
6  [INDISCERNIBLE].

7       **SA SPIVACK:** Was there ever a sexual connotation
8  there? Was there ever a underlying fleeting thought in
9  your mind that it might turn sexual?

10      **PETER BRIGHT:** There was flirtatiousness, um...

11      **SA SPIVACK:** Was it possible that that meeting would
12 turn to sex?

13      **PETER BRIGHT:** It's possible.

14      **SA SPIVACK:** Did it? Did you ever meet her?

15      **PETER BRIGHT:** No, we never met.

16      **SA SPIVACK:** Alright.

17

18      (End of recording.)