UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            19-cr-521 (PKC)

          -against-                                             ORDER

PETER BRIGHT,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The parties' motions in limine (Docs 23, 29, 31) are disposed of in accordance with the Court's rulings at the Final Pretrial Conference of February 7, 2020. (See Feb. 7, 2020 Hr'g Tr.) The Clerk is directed to terminate the motions (Docs 23, 29, 31).

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
           February 10, 2020