

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:    <u>United States</u> v. <u>Peter Bright</u>, 19 Cr. 521

Dear Judge Castel:

    In advance of jury selection tomorrow, the Government respectfully submits the following list of places and persons who may be mentioned during the course of this trial.

    Individuals:

- Elizabeth Jensen
- Aaron Spivack
- Shamel Medrano
- Kenneth Fisher

Places:

- Duane Park in Manhattan, New York
- Hudson St. and Duane St. in Manhattan, New York
- The KinkD website and application

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

                    by: <u>/s/ Alexander Li</u>
                          Alexander Li
                          Timothy Howard
                          Assistant United States Attorneys
                          (212) 637-2265/-2308