

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

    Re:   **United States v. Peter Bright**, 19 Cr. 521

Dear Judge Castel:

    The Government respectfully submits for the Court's consideration the attached proposed verdict form.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney for the
                         Southern District of New York

               by: /s/ Alexander Li
                    Alexander Li
                    Timothy Howard
                    Assistant United States Attorneys
                    (212) 637-2265/-2308