UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -v.- | :   **VERDICT FORM** |
| PETER BRIGHT, | :   19 Cr. 521 (PKC) |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

### COUNT ONE
(Attempted Enticement of a Minor to Engage in Illegal Sexual Activity)

1. As to Count One, how do you find the defendant, guilty or not guilty?

    GUILTY   \_\_\_\_\_          NOT GUILTY   \_\_\_\_\_

Please sign the form and notify the Marshal that you have reached a verdict.

_____          _____
         FOREPERSON                                              DATE