**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 20, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Peter Bright**,
19 Cr. 521 (PKC)

Dear Judge Castel:

The defense and the Government have consulted about their availability for retrial in the above-mentioned case. Beginning March 23, both parties and their witnesses are available for trial on any dates except the following:

- March 23 to May 4
- May 13 to May 15
- May 25 to June 5
- June 15 to June 26
- July 9 to July 17
- July 23 to July 24

Mr. Bright agrees to the exclusion of time until the new trial date.

Respectfully submitted,

  /s/
Zawadi Baharanyi
Amy Gallicchio
Assistant Federal Defender
(212) 417-8735

cc: AUSAs Alexander Li and Timothy Howard (ECF)