

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

>  Re:   **United States** v. **Peter Bright**, 19 Cr. 521

Dear Judge Castel:

The Government's witnesses are available for retrial of the defendant on any date other than the following:

- March 23 to March 31, 2020
- April 27 to May 1, 2020
- May 25 to May 29, 2020

The Government respectfully requests that time be excluded under the Speedy Trial Act until the trial date in order for the parties to obtain their witnesses and prepare for trial.

>  Respectfully submitted,
>
>  GEOFFREY S. BERMAN
>  United States Attorney for the
>  Southern District of New York
>
>  by: /s/ Alexander Li
>  Alexander Li
>  Timothy Howard
>  Assistant United States Attorneys
>  (212) 637-2265/-2308

cc: Amy Gallicchio, Esq. (by *ECF*)
    Zawadi Baharanyi, Esq. (by *ECF*)