UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                    19-cr-521 (PKC)
                                                  ORDER

          -against-

PETER BRIGHT,

                            Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The Court will hold a scheduling conference in this matter on Thursday, February 27, 2020 at 3:00pm in the United States Courthouse, 500 Pearl Street, Courtroom 11D. The government should arrange for the production of the defendant for this proceeding.

        SO ORDERED.

                                                      P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
           February 20, 2020