# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 4, 2020

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: ***United States v. Peter Bright***
     **19 Cr. 521 (PKC)**

Dear Judge Castel:

  As counsel to Mr. Peter Bright, I write to respectfully request that the Court endorse the enclosed Order directing that the Bureau of Prisons (Metropolitan Correction Center – New York) and the United States Marshals Service accept certain clothing for Mr. Bright, Register Number 76309-054, to wear throughout the duration of his trial commencing on March 10, 2020.

  Thank you for your consideration of this request.

       Respectfully submitted,

       /s/_____
       Amy Gallicchio
       Assistant Federal Defender
       212-417-8728

cc: All counsel (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                    :

       - v. -                                    :                    19 Cr. 521 (PKC)

PETER BRIGHT,                               :

            Defendant.                  :
------------------------------------------------------------x

       Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq.,

and with good cause shown it is hereby

       **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center –

New York, and the United States Marshals Service accept the following clothing for Mr.

Bright, Register Number 76309-054, to wear for appearances at his trial commencing on

March 10, 2020 and continuing thereafter:

1. Two pairs of slacks;
2. Three button-down shirts;
3. Five pairs of socks;
4. One pair of shoes;
5. One belt;
6. Five pairs of underwear;
7. Five white undershirts;
8. One suit jacket.


Dated: New York, New York
      March 4, 2020

                        **SO ORDERED:**

                        _____

                        **HONORABLE P. KEVIN CASTEL**
                        United States District Judge