UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA                :

       - v. -                                            :                    19 Cr. 521 (PKC)

PETER BRIGHT,                                     :

       Defendant.                        :
-----------------------------------------------------------------x

       Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq., and with good cause shown it is hereby

       **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service accept the following clothing for Mr. Bright, Register Number 76309-054, to wear for appearances at his trial commencing on March 10, 2020 and continuing thereafter:

1. Two pairs of slacks;
2. Three button-down shirts;
3. Five pairs of socks;
4. One pair of shoes;
5. One belt;
6. Five pairs of underwear;
7. Five white undershirts;
8. One suit jacket.

Dated: New York, New York
      March 4, 2020

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
United States District Judge

3-4-20

1