# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 4, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Peter Bright*
            19 Cr. 521 (PKC)

Dear Judge Castel:

    I write on behalf of my client, Peter Bright, an inmate at the Metropolitan Correctional Center in New York (MCC). Mr. Bright's trial is beginning on Tuesday, March 10, 2020, and he will need a haircut and facial shave in preparation for his court appearances. However, since Thursday, February 27, 2020, the MCC has implemented a lockdown that has resulted in inmates being locked in their cells for up to 24 hours a day with no access to showers, haircuts, or other such personal hygiene practices. According to legal counsel at the MCC, the jail will continue to be on lockdown "for an unknown duration."

    Given the ongoing lockdown at the MCC, I respectfully request that the Court endorse the enclosed Order directing that the Bureau of Prisons (Metropolitan Correction Center – New York) and the United States Marshals Service arrange to provide Mr. Bright, Register Number 76309-054, with a haircut and facial shave before his trial begins on March 10, 2020.

    I thank you for your consideration of this request.

Respectfully submitted,

/s/ _____
Amy Gallicchio
Assistant Federal Defender
212-417-8728

cc: Alexander Li (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA           :

    - v. -                                   :          19 Cr. 521 (PKC)

PETER BRIGHT,                              :

        Defendant.                     :
---------------------------------------------------------------x

Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service arrange to provide the defendant Peter Bright, Register Number 76309-054, with a haircut and facial shave before his trial commences on Tuesday, March 10, 2020.

Dated: New York, New York
      March 4, 2020

                                  **SO ORDERED:**

                                  _____
                                  **HONORABLE P. KEVIN CASTEL**
                                  United States District Judge