UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA           :

    - v. -                                      :          19 Cr. 521 (PKC)

PETER BRIGHT,                              :

          Defendant.               :
-------------------------------------------------------------x

      Upon the request of defendant Peter Bright, by his counsel Amy Gallicchio, Esq., and with good cause shown it is hereby

      **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service arrange [to the extent practicable under the circumstances,] to provide the defendant Peter Bright, Register Number 76309-054, with a haircut and facial shave before his trial commences on Tuesday, March 10, 2020.

Dated: New York, New York
       March 4, 2020

                                                  SO ORDERED:

                                                  **HONORABLE P. KEVIN CASTEL**
                                                  United States District Judge