UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                               19-cr-521 (PKC)
                                                                                                               ORDER

-against-

PETER BRIGHT,

                            Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The parties' letter motions (Docs 62, 64, 65) are disposed of in accordance with the Court's rulings stated on the record at the March 10, 2020 pretrial proceeding. (See Mar. 10, 2020 Tr.) The Clerk is directed to terminate the letter motions (Docs 62, 64, 65).

        SO ORDERED.

                                                                          P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
           March 10, 2020