UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              19-cr-521 (PKC)

        -against-                                        VERDICT FORM

PETER BRIGHT,

                            Defendant.
-------------------------------------------------------------x

Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

### COUNT ONE
(Attempted Enticement of a Minor to Engage in Illegal Sexual Activity)

1. As to Count One, how do you find the defendant, guilty or not guilty?

    GUILTY __X__                          NOT GUILTY _____

Please sign the form and notify the Marshal that you have reached a verdict.

_[signature]_                               03/16/2020
FOREPERSON                           DATE