# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 25, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

3-25-20

Re:     **United States v. Peter Bright**,
        19 Cr. 521 (PKC)

Dear Judge Castel:

We write to respectfully request that the Court extend the 14-day period for filing a motion for a judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. The current filing deadline is March 30, 2020. The Court may extend the time for filing on its own or for good cause on a party's motion. Fed. R. Cr. P. 45(b)(1).

On March 15, 2020, a day before the verdict was rendered in the above captioned matter, Federal Defenders of New York instituted remote operations in light of the coronavirus pandemic. Two days earlier, on March 13, 2020, the MCC, where Mr. Bright is detained, announced a 30-day suspension of all visits including legal visits. Furthermore, we understand that Mr. Bright's housing unit is now under quarantine after an inmate in his unit tested positive for COVID-19. These facts have made it next to impossible to communicate with Mr. Bright and to discuss procedural matters with him. In light of the complications generated by the national health crisis, we respectfully request that the Court extend the Rule 29 filing deadline by 45 days to May 15, 2020.

Respectfully submitted,

/s/
Amy Gallicchio
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8728

cc:     AUSA Alexander Li