K2RTBRIC

UNITED STATES DISTRICT COURT
 \OUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                          19 CR 521 (PKC)

PETER BRIGHT,

                Defendant.

------------------------------x

                                        New York, N.Y.
                                        February 27, 2020
                                        3:10 p.m.


Before:

                    HON. P. KEVIN CASTEL,

                                        District Judge


                        APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
ALEXANDER NUO LI
     Assistant United States Attorney

FEDERAL DEFENDERS OF NEW YORK
     Attorneys for Defendant
AMY GALLICCHIO
ZAWADI BAHARANYI

K2RTBRIC

1              (Case called)

2              MR. LI:  Good afternoon, your Honor, Alexander Li for

3     the government.

4              MS. BAHARANYI:  Good afternoon, your Honor, Zawadi

5     Baharanyi and Amy Gallicchio, Federal Defenders, on behalf of

6     Mr. Bright.

7              THE COURT:  Good to see you both.

8              Good afternoon, Mr. Bright.

9              So a date has opened on my calendar which was not

10    previously available, and let me run it by you:  March 10 at

11    10:00 a.m.

12             MR. LI:  That's fine for the government, your Honor.

13             MS. BAHARANYI:  One moment, your Honor.

14             (Pause)

15             MS. GALLICCHIO:  Your Honor, if you give us a minute,

16    we need to check with our expert.

17             THE COURT:  Sure.

18             (Pause)

19             MS. BAHARANYI:  Your Honor, if I may step out for a

20    moment to check on that date with the expert?

21             THE COURT:  Sure.

22             (Pause)

23             MS. BAHARANYI:  Thank you, your Honor.  We were able

24    to speak with our expert.  He is available that week on the

25    12th and 13th, certainly the evening of the 12th and the whole

K2RTBRIC

1    day of the 13th.

2            THE COURT:  I don't know how the trial will fall, but

3    that's what we'll do, we'll start 10:00 a.m. on March 10, 2020.

4            And time has already been excluded, is that right,

5    through March 23, I think.

6            MR. LI:  That is correct, your Honor.

7            THE COURT:  All right.

8            MS. GALLICCHIO:  Does the Court need any other

9    submissions from us, or we're to assume that our prior

10   submissions are --

11           THE COURT:  Your prior submissions, the prior rulings

12   all control.  The one thing I probably will do is when I hand

13   out the draft jury instructions I will incorporate some version

14   of the response to the note about attempt in there.  And other

15   than that, I think we're good to go.

16           Anything further from the government?

17           MR. LI:  No, your Honor.

18           THE COURT:  From the defendant?

19           MS. BAHARANYI:  No, your Honor.

20           THE COURT:  All right.  See you then.  Thank you.

21           (Adjourned)

22

23

24

25