**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 12, 2020

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   **Re:**  **United States v. Peter Bright**,
      19 Cr. 521 (PKC)

Dear Judge Castel:

  Pursuant to Rule 45(b)(1) of the Federal Rules of Criminal Procedure, we write to respectfully request that the Court extend for an additional 30 days the deadline for filing a motion for a judgment of acquittal pursuant to Rule 29. The current filing deadline is May 15, 2020. A sentencing hearing is scheduled for September 3, 2020.

  Due to the many and continuing complications associated with remote business operations during the national health crisis, including the limited ability to speak with Mr. Bright, we are in need of additional time to assess, prepare and file post-trial motions.

  The Government has no objection to this request.

              Respectfully submitted,

              ___/s/_____
              Amy Gallicchio
              Zawadi Baharanyi
              Assistant Federal Defender
              (212) 417-8728

cc:  AUSA Alexander Li