**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 15, 2020

By ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **United States v. Peter Bright**
          **19 CR 521 (PKC)**

Dear Judge Castel:

    We write on behalf of Peter Bright to renew his motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. In February 2020, Mr. Bright was first tried on one count of attempted enticement of a minor to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b). The jury could not reach a unanimous verdict and a mistrial was declared. On March 10, Mr. Bright was retried on the same count. At the close of the the government's evidence, Mr. Bright moved for acquittal pursuant to Rule 29 because the government failed to meet its burden of proving each element of the charged offense. Tr. 299. [1] Mr. Bright now respectfully renews his motion for acquittal pursuant to Rule 29, resting on the existing record.

                                                         Respectfully submitted,

                                                         /s/
                                                  Zawadi Baharanyi
                                                Amy Gallicchio
                                                Assistant Federal Defenders
                                                212-417-8735 (o); 917-612-2753(c)

cc:    Alexander Li
        Assistant United States Attorney (by ECF)

---

[1] "Tr." refers to the transcript of the second trial in this matter.