# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 31, 2020

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from September 3, 2020 to November 4, 2020 at 11:00 a.m.
> SO ORDERED.
> Dated: 7/31/2020
> P. Kevin Castel
> United States District Judge

Re: **United States v. Peter Bright**,
19 Cr. 521 (PKC)

Dear Judge Castel:

      We write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for September 3, 2020. Due to the continuing complications associated with remote business operations during the pandemic, that include the inability to meet with Mr. Bright in person and the limited ability to speak with him since the trial concluded in March 2020, we are in need of additional time to prepare for sentencing. We respectfully request an adjournment of approximately 60 days to a date in early November that is convenient with the Court.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Zawadi Baharanyi
Assistant Federal Defenders
(212) 417-8728

cc: AUSA Alexander Li
      USPO Jonathan Bressor