**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 19, 2020

**BY ECF AND EMAIL**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     **United States v. Peter Bright**,
        19 Cr. 521 (PKC)

Dear Judge Castel:

We write, with the consent of the Government, to request a two day extension of the deadline for filing the sentencing submission on behalf of Mr. Bright and, likewise, an extension for the Government.

Sentencing is currently scheduled for November 4, 2020 and defense submissions are due on October 21, 2020. I respectfully ask the Court to extend that date to October 23, 2020 and the Government's filing deadline to October 30, 2020.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Zawadi Baharanyi
Assistant Federal Defenders
O: (212) 417-8728
M: (917) 612-3274

cc:     AUSA Alexander Li