# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 05 2020
```

UNITED STATES OF AMERICA

- v -

Peter Bright,        Defendant.

Docket Number __**19 Cr. 521(PKC)**__

Honorable P. Kevin Castel
(District Court Judge)

Notice is hereby given that **the defendant, Peter Bright** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✔]: order [ ]: other [ ]: _____ (specify)

entered in this action on __11/04/20__ (date)

Offense occurred after November 1, 1987    Yes [✔]    No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✔]

Date: **November 5, 2020**

TO:
Alexander N. Li, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE    ►TRANSCRIPT ORDER ►
DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[ ] I am ordering a transcript
[✔] I am not ordering a transcript
   Reason:
   [ ] Daily copy is available
   [ ] U.S. Attorney has placed order
   [ ] Other. Attach explanation

Prepare transcript of    Dates
[✔] Pre-trial proceedings  03/16/20
[ ] Trial
[✔] Sentence              11/04/20
[ ] Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature  *Amy Gallicchio*    DATE **November 5, 2020**

► **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL