

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2022

**BY ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Peter Bright*, 19 Cr. 521 (PKC)

Dear Judge Castel,

    The Government writes to respectfully request a 45-day extension of the December 19, 2022 deadline to respond to the defendant's petition pursuant to 28 U.S.C. § 2255 in the above-captioned case. The Assistant United States Attorney previously assigned to this matter is on a death penalty trial expected to last at least a couple of months, and I am still familiarizing myself with the trial record in this case. Accordingly, the Government respectfully requests additional time to obtain and review records in order to determine the Government's position with respect to this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Lisa Daniels
    Assistant United States Attorney
    (212) 637-2955

cc: Peter Bright, *Pro Se* (by certified mail)