

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 22, 2023

**BY ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Peter Bright*, 19 Cr. 521 (PKC)

Dear Judge Castel,

    The Government writes respectfully to apologize for inadvertently failing to mail a copy of the Government's response to the defendant's motion for relief pursuant to 28 U.S.C. § 2255 to the defendant at the facility in which he is incarcerated. Accordingly, the Government has placed a copy of the Government's response (Dkt. 116) in the mail today, along with a copy of this letter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Lisa Daniels
    Assistant United States Attorney
    (212) 637-2955

cc: Peter Bright, *Pro Se* (by certified mail)
    FCI Petersburg Medium
    PO Box 1000
    Petersburg, VA 23804